768 A.2d 845

**In the Matter of Joel Alan GREENBERG.**

**No. 559 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 22, 2001.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of March, 2001, for the reasons set forth in *In the Matter of Iulo,* 766 A.2d 335 (Pa.2001), No. 560 Disciplinary Docket No. 3, the Rule to Show Cause is DISCHARGED.

Justice NEWMAN did not participate in the consideration or decision of this case.